UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK VALLES, | 1:13-cv-00555-MJS (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | and |
| MARK AGUILAR, et al, | ORDER DIRECTING PAYMENT OF INMATE FILING FEE |
| Defendants. | |

To The Sheriff of the Lerdo Pre-Trial Facility located at 17695 Industrial Farm Road, Bakersfield, CA 93308:

Plaintiff, a prisoner proceeding pro se, is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to Plaintiff's trust account. The Sheriff of the Lerdo Pre-Trial Facility is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

    1. The Sheriff of the Lerdo Pre-Trial Facility or his designee shall collect

1 payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of
2 the preceding month's income credited to the prisoner's trust account and shall forward those
3 payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in
4 accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and
5 forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and
6 number assigned to this action.

7     2. The Clerk of the Court is directed to serve a copy of this order and a copy of
8 Plaintiff's in forma pauperis affidavit on the Sheriff of the Lerdo Pre-Trial Facility located at
9 17695 Industrial Farm Road, Bakersfield, California 93308.

10     3. The Clerk of the Court is directed to serve a copy of this order on the
11 Financial Department, U.S. District Court, Eastern District of California, Fresno and
12 Sacramento Division.

14 IT IS SO ORDERED.

15 Dated: April 29, 2013      /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE