UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK VALLES, | 1:13-cv-00555-MJS (PC) |
|     Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| MARK AGUILAR, et al, | and |
|     Defendants. | ORDER DIRECTING PAYMENT OF INMATE FILING FEE |
| _____/ | |

To The Sheriff of the Lerdo Pre-Trial Facility located at 17695 Industrial Farm Road, Bakersfield, CA 93308:

Plaintiff, a prisoner proceeding pro se, is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to Plaintiff's trust account. The Sheriff of the Lerdo Pre-Trial Facility is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

    1. The Sheriff of the Lerdo Pre-Trial Facility or his designee shall collect

payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.

2. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis affidavit on the Sheriff of the Lerdo Pre-Trial Facility located at 17695 Industrial Farm Road, Bakersfield, California 93308.

3. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno and Sacramento Division.

IT IS SO ORDERED.

Dated:  April 29, 2013                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE